Lisa and Warren CURRAN, Respondents,

v.

DIRECTOR OF REVENUE STATE
of MISSOURI, Appellant.

No. 64523.

Missouri Court of Appeals,
Eastern District,
Division One.

June 7, 1994.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for appellant.

Alan N. Zvibleman, St. Louis, for respondents.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

## ORDER

PER CURIAM.

Director of Revenue appeals the trial court's order denying her Motion for Relief from Judgment. We affirm. We find the trial court's decision is supported by substantial evidence and is not against the weight of the evidence. Rule 84.16(b)(1). We further find no error of law appears. Rule 84.16(b)(5).

An opinion in this case would have no precedential value. Therefore, we affirm by written order. A memorandum has been issued to the parties for their use only.